JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELANIE DELAPAZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARIA ZAPEDA D/B/A HAPPY TAILS DOG GROOMING; MIKE ROJAS; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-03426-MWF (PVCx)**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

The Court has read and considered Plaintiff's Request for Dismissal of Entire Action with Prejudice (Docket No. 44).  For good cause shown, the Request is GRANTED.  IT IS HEREBY ORDERED that this entire action is DISMISSED with prejudice.

    IT IS SO ORDERED.

Dated:  July 14, 2025    _____

MICHAEL W. FITZGERALD
United States District Judge